George GILMORE, Petitioner

v.

Lawrence P. MAHALLY,
Superintendent,
Respondent

No. 195 EM 2016

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for Appointment of Counsel are **DENIED**.

Robert DAVIS, Petitioner

v.

COURT OF COMMON PLEAS,
Respondent

No. 193 EM 2016

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Application for Extraordinary Relief and the Application for an Immediate Plenary Review Hearing are **DENIED**.

James E. NIXON Sr., Petitioner

v.

PHILADELPHIA COUNTY CLERK
OF COURTS and Office of Open
Records, Respondents

No. 190 EM 2016

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Petition for Review is **DENIED**.